# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

HAROLD D. HARDEN et al.,

Plaintiffs,

v.

NDOC HDSP DEPUTY DIRECTOR et al.,

Defendants.

Case No. 2:17-cv-01826-APG-GWF

**ORDER**

**I. DISCUSSION**

On June 29, 2017, Plaintiffs Harold D. Harden, Darin K. Lee, Joseph A. Riley, Devon Richmond, Calvin Jones, Lewis T. Nichols, Mark Thomas Jr., and Latin Maxie, who are prisoners in the custody of the Nevada Department of Corrections ("NDOC"), submitted a civil rights complaint pursuant to 42 U.S.C. § 1983. (ECF No. 1-1). Harden and Thomas signed the complaint. (*Id.* at 9). None of the inmates have filed an application to proceed *in forma pauperis* or paid the full filing fee for a civil action.

*Pro se* litigants have the right to plead and conduct their own cases personally. *See* 28 U.S.C. § 1654. However, *pro se* litigants have no authority to represent anyone other than themselves. *See Cato v. United States*, 70 F.3d 1103, 1105 n.1 (9th Cir. 1995); *C.E. Pope Equity Trust v. United States*, 818 F.2d 696, 697 (9th Cir. 1987).

The Court dismisses this case, without prejudice, with leave for each individual plaintiff to file his own application to proceed *in forma pauperis* and his own complaint in his own individual case. Harden and Thomas do not have the ability to represent each

other or the remaining plaintiffs in this case. If the plaintiffs decide to file their own individual lawsuits, each plaintiff should follow the directions in the form complaint and "describe exactly what each specific defendant (by name) did to violate your rights."

## II. CONCLUSION

For the foregoing reasons, it is ordered that this case is dismissed in its entirety, without prejudice.

It is further ordered that each plaintiff may file a complaint and an application to proceed *in forma pauperis* in his own individual case.

It is further ordered that the Clerk of the Court shall send each plaintiff the approved form application to proceed *in forma pauperis* by a prisoner, as well as the document entitled information and instructions for filing an *in forma pauperis* application.

It is further ordered that the Clerk of the Court shall send each plaintiff the approved form for filing a 42 U.S.C. § 1983 complaint, instructions for the same, and a copy of the complaint (ECF No. 1-1).

It is further ordered that the Clerk of the Court shall enter judgment accordingly.

Dated: July 11, 2017,

_____
UNITED STATES DISTRICT JUDGE